RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 07 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **TAMARA BRADLEY** | ) ) ) | **FEDERAL COURT CASE NO.:** |
| Petitioner, | ) ) ) | **1:16-CV-3747** |
| v. | ) ) | **STATE COURT CASE NO.:** 16D87106 |
| **VENTRON MANAGEMENT GROUP, LLC EAST PERIMETER POINTE APARTMENTS** | ) ) ) | |
| Respondent, | ) | |

### PETITION FOR REMOVAL AND FEDERAL STAY OF EVICTION PURSUANT TO 28 USC 1441 (B)

DEFENDANT TAMARA BRADLEY hereby files this Petition for Removal in the United States District Court for the Northern District of Georgia Atlanta Division of the above stated case number, 16D87106, in the State Court of Dekalb County Georgia in accordance with the provisions of Title 28 U.S.C. 1441(b) Judiciary and Procedure. The proceedings occurring in violation of the Uniform Commercial Code of 15 U.S.C. 1692 with unlawful eviction proceedings. Pursuant to the provisions of Title 28 U.S.C. Section 1441(b) the State Court of Dekalb County shall not proceed with any eviction against the petitioner until it is remanded or so ordered from the United States District Court.

RESPONDENTS, Ventron Management Group, LLC and its subsidiary, East Perimeter Pointe Apartments (EPPA), are registered and headquartered in the State of Florida, and are attempting to collect a debt in violation of the Fair Debt Collection Practices Act (FDCPA) of 1978. Accordingly, this action is removable pursuant to 28 U.S.C. 1441(b). The United States Court for the Northern District of Georgia, Atlanta Division has jurisdiction over this action pursuant to 28 U.S.C. 1331 and 28 U.S.C. 1367(a).

A copy of all process, pleadings and orders served upon defendant in the state court action are attached hereto as Exhibit "A".

WHEREFORE, DEFENDANT requests that this action be removed to the United States District Court for the Northern District of Georgia.

Respectfully submitted,

*[signature]*
TAMARA BRADLEY
PRO SE

Receipt is hereby acknowledged of the forgoing written notice and of the filing of the petition for removal.

Cc

Clerk of the State Court of Dekalb County



## MAGISTRATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

Case Number: 16D87106                                    August 05, 2016

East Perimeter Pointe Apts   VS   Tamara Bradley

You are hereby notified that the above styled action is set for trial. You are required to appear at 9:00 AM on 08/15/2016 in Courtroom 1200 D of the DeKalb County Courthouse, 556 N. McDonough Street, Decatur, GA 30030.

Melanie Wilson, Clerk
Magistrate Court of Dekalb County

Tamara Bradley
3206 Treecrest PKWY
Decatur GA  30035

**DEKALB STATE/MAGISTRATE COURT**
**556 North McDonough St.**
**Decatur, GA 30030**
   **Dispossessories - Suite 270**
         **(404) 371-2261**
   **www.ojs.dekalbcountyga.gov**

**Plaintiff's Name and Address**

East Perimeter Pointe Apts
2210 Sullivan RD
College Park, GA 30337

No. FD 03116s Deposit Paid $ 24.00

**MAGISTRATE COURT OF DEKALB COUNTY**

## DISPOSSESSORY WARRANT

**Plaintiff's Attorney and Address**
Ga. Bar No. 711108

Michael Scallon
2210 Sullivan RD
College Park, GA 30337

VS.

**Defendant's Name and Address**

Tamara Bradley & All Others
3206 Treecrest PKWY
Decatur, GA 30035

CK 1782

Personally appeared the undersigned who upon oath says that he is (owner), (attorney at law), (agent), (attorney in fact) for the owner of said premises, and that Defendant is in possession as tenant of premises at the above address in DeKalb County.
**FURTHER:**
- [x] That said tenant fails to pay rent now due thereon;
- [ ] That tenant is holding said house and premises over and beyond the term for which the same was rented or leased to him;
- [ ] That said tenant is a tenant at sufferance;

The said owner desires and has demanded possession of said house and premises, and the same has been refused by the said defendant and affiant makes this affidavit that a warrant may issue for the removal of said defendant together with his property from said house and premises.

**PLAINTIFF PRAYS:**
(a) judgment for the past due rent in the amount of $ 870.00
(b) rent accruing up to the date of judgment or vacancy at the rate of $ 755.00 per MONTH
(c) other Late Fee $135, Utilities $84, Court Fee $134, Attorney $76.00

### SUMMONS

TO THE MARSHAL of the State Court of DeKalb County or his lawful deputies, GREETINGS:

The defendant herein is hereby commanded and required personally or by attorney to file with the Clerk of the Magistrate Court of DeKalb County, 2nd Floor, Suite 270, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough St., Decatur, Georgia within seven (7) days from the date of service of the within affidavit and summons (or on the first business day thereafter if the seventh day falls on Saturday, Sunday or legal holiday) then and there to answer said affidavit in writing or orally (orally means in front of a deputy clerk). If such answer is not made to said affidavit on or before the __9__ day of __August__, 20 _16_, a writ of possession shall issue instanter as by law provided, and a judgment by default will be taken against you for all rents demanded in the complaint.

**Witness, the Honorable Berryl A. Anderson, Judge of said Court**

Sworn to, subscribed and filed before me, this July 29, 20 16

By: C. Cart
Deputy Clerk

Affiant: JWallace
Phone No.: 7-987-7576

### MARSHAL'S ENTRY OF SERVICE

I have served the foregoing affidavit and summons on the Defendant(s) by delivering a copy of the same:
- [ ] Personally
- [ ] Defendant not found in the jurisdiction of this Court
- [ ] To a person sui juris residing on the premises (Name) _____
  Age _____ Wt. _____ Ht. _____
- [x] By posting a copy to the door of the premises and depositing a copy in the U.S. Mail, First Class in an envelope properly addressed with adequate postage thereon, said copy containing notice to the Defendant(s) to answer at the place stated in said summons.

DATE OF SERVICE August 2, 20 16     K Tully 687 Deputy Marshal